UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MARIE CALLERES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendants. | Case No. 1:19-cv-00513-EPG<br><br>ORDER APPROVING STIPULATION FOR EXTENDED BRIEFING SCHEDULE<br><br>(ECF NO. 12) |

The parties in this matter have stipulated that Plaintiff shall have an extension of thirty (30) days to serve and file her confidential letter brief. (ECF No. 12.) The new date for Plaintiff's confidential letter brief shall be one or before January 3, 2020. All corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **November 25, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1